# United States District Court

FOR THE DISTRICT OF Rhode Island

Roberto Pizzaro
Plaintiff

V.

A.T. Wall, Director, RIDoc, ET AL,
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CA 05 113T

I, Roberto Pizzaro declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☑ Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration MAximum Security

   Are you employed at the institution? Yes Do you receive any payment from the institution? Yes

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☑ Yes ☐ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. 2.00 A day employers Name is L.T. Maccaffree OF The Department OF correction AT The Maximum security

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
| e. | Gifts or inheritances | ☐ Yes | ☐ No |
| f. | Any other sources | ☑ Yes | ☐ No |

If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. $20.00 Sandra casimiro 10-4-2004
$230.00 Sandra casimiro 11-3-2004
ON Sure To expect More Funs of This individual (2)

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts? ☑ Yes ☐ No

If "Yes" state the total amount. Available $1.68. Encumbered $ 371.41.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☑ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

- None -

FILED
2005 MAR 14 A 10:12
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

I declare under penalty of perjury that the above information is true and correct.

3/9/05 — DATE

Roberto L. Pizzaro — SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 1.68 Available on account to his/her credit at (name of institution) ACI Inmate Accounts. I further certify that the applicant has the following securities to his/her credit: $371.41 encumbered (see attached). I further certify that during the past six months the applicant's average balance was $ See ledger.

1/31/05 — DATE

[signature] — SIGNATURE OF AUTHORIZED OFFICER

# IN FORMA PAUPERIS AFFIDAVIT

UNITED STATES DISCTRICT COURT FOR THE STATE OF RHODE ISLAND

Roberto Pizzaro, Plaintiff
v.
A.T. Wall, Director, RI Doc, ET AL

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Roberto Pizzaro, being first duly sworn, depose and say that I am the movant in the above entitled case; that in support of a my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes (✓) No ( )

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
2·00 Aday. Employers Name is, L.T. McCaFRee
OF The Department of correction AT The Maximum Security

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
Answered AlReady. See, A, Above

2. Have you received within the past twelve months any money from any of the following sources? $20·00, Sandra casimiro 10/4/2004
$230·00, Sandra casimiro 11/3/2004

a. Business, profession or form of self-employment? Yes ( ) No (✓)

b. Rent payments, interest or dividends? Yes ( ) No (✓)

c. Pensions, annuities or life insurance payments? Yes ( ) No (✓)

d. Gifts or inheritances? Yes ( ) No (✓)

e. Any other sources? Yes (✓) No ( )

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

20.00 Sandra Casimiro 10/4/2004
230.00 Sandra Casimiro 11/3/2004

3. Do you own any cash, or do you have money in a checking or savings account?

Yes (✓) No ( ) (Include any funds in prison accounts)

If the answer is "yes," state the total value of the items owned.

Available $ 1.68. encumbered $371.41.

4. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( ) No (✓)

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

- NONE -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/9/05
(Date)

Roberto S. Pizzaro
(Signature)