**CERTIFICATION OF SERVICE**

I, Roberto Pizzaro, hereby swear and certify that I mailed by Interdepartmental mail, one civil action complaint (C.A.05-113T), one notice of lawsuit and request for waiver of summons, and two waiver of summons to each of the following individuals:

1. Ashbel T. Wall II, Director
2. Walter T. Whitman, Warden
3. Jake Gadsden, Assistant Director
4. James Vierra, Deputy Warden
5. Robert Catlow, Chief Special Investigations Unit (SIU)
6. Linda Rose, Investigations Unit (SIU)
7. Lieutenant Oden
8. Correctional Officer Andrews
9. Counselor Vicki Gillerin

on the 1 day of April 2005.

Roberto L Pizzaro

Roberto Pizzaro Pro Se
P.O. Box 8273
Cranston, R.I. 02920

cc:File

6

**CERTIFICATION OF SERVICE**

I, Roberto pizzaro, hereby swear and certify that I mailed by Interdepartmental mail, one civil action complaint (C.A. 05-113T), one notice of lawsuit and request for waiver of summons, and two Waiver of summons to each of the following individuals;

1. Ashbel T. Wall II, Director
2. Walter T. Whitman, Warden
3. Jake Gadsden, Assistant Director
4. James Vierra, Deputy Warden
5. Robert Catlow, Chief Special Investigations Unit (S.I.U)
6. Linda Rose, Investigations Unit (S.I.U)
7. Lieutenant Oden
8. Correctional Officer Andrews
9. Counselor Vicki Gillerin

on the 1 day of April 2005.

Roberto L Pizzaro

Roberto pizzaro pro se
P.O.BOX,8273
Cranston, RI,02920

cc;File

Roberto Pizzaro
P.O. Box, 8273
Cranston, RI, 02920

Inter-Departmental
Mail System

Lieutenant Officer, Oden
Maximum Security
P.O. Box, 8273
Cranston, RI, 02920

legal Documents
Do Not Open

Roberto Pizzaro
P.O. Box, 8273
Cranston, RI, 02920

Inter-Departmental
Mail System

Officer, Andrews
Maximum Security
P.O. Box, 8273
Cranston, RI, 02920

legal Documents
Do Not Open

Roberto Pizzaro
P.O. Box, 8273
Cranston, RI, 02920

Inter-Departmental
Mail System

Counselor. Vicki Gillerin
Maximum Security
P.O. Box, 8273
Cranston, RI, 02920

legal Documents
Do Not Open

Roberto Pizzaro
P.O. Box, 8273
Cranston RI, 02920

Inter-Departmental
Mail System

legal Documents
Do Not Open

Linda Rose
Investigations, S.I.U.
40 Howard Avenue
Cranston, RI, 02920

Roberto Pizzaro
P.O. Box, 8273
Cranston, RI, 02920

Inter-Departmental
Mail System

legal Documents
Do Not Open

Walt Whitman, Warden
Medium Security #1
P.O. Box, 8274
Cranston RI 02920

Roberto Pizzaro
P.O. Box, 8273
Cranston, RI, 02920

Inter-Departmental
Mail System

legal Documents
Do Not Open

Jame Vierra, Deputy
Medium Security #2
P.O. Box, 20983
Cranston, RI, 02920

Roberto Pizzaro
PO. Box, 8273
CRANSTON, RI, 02920

INTER-DEPARTMENTAL
MAIL SYSTEM

Ashbel T. WAll Director of The
Department of corrections
40 Howard Avenue
CRANSTON, RI, 02920

legal Documents
Do NOT open

RobeRTo Pizzaru
PO Box, 8273
CRaNSTON, RI, 02920

INTer-DepaRTMENTal
MAIL SysTem

Jake Gadsden, AssisTANT
DiRector
40 Howard Avenue
CRANSTON, RI 02920

legal Documents
Do NOT open

RobeRTo Pizzaro
PO Box, 8273
CRANSTON, RI, 02920

INTer-DepaRTMenTal
MAIL SysTem

Robert catlow chief special
INVestigations unit S.I.U
40 Howard Avenue
CRANSTON, RI, 02920

legal Documents
Do NOT open