UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: R. Pizzaro

RE: CA 05-113 T

Pizzaro v. Wall

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 4 / 25 / 05 and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

X 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

X 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)
— CERTIFICATION NOT SIGNED

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:______________________________

ENTER:

[signature]
United States Magistrate Judge

Date: 4/25/05

8

cc: Counsel of Record

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT PIZZARO

v. C.A.No.05-113T

A.T. WALL, ET AL

**PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OBJECTION AND REBUTTAL TO DEFENDANTS' MOTION TO DISMISS**

Now comes Plaintiff, Robert Pizzaro, in the above entitled matter and hereby, moves this Honorable United States Federal District Court for and "Enlargement of Time," pursuant to the Federal Court Rules of Civil Procedure, Rule 6(b). Plaintiff's position, is that due to the R.I. Department of Corrections Maximum Security Facility's 'copy machine' breakdown, he needs additional time to respond to the Defendants' "Motion to Dismiss" his complaint. Plaintiff respectfully requests a thirty (30) day enlargement of time, from the initial deadline date to respond.

Wherefore, Plaintiff respectfully requests that the instant motion be granted.

Respectfully submitted

Robert Pizzaro (Pro se)
P.O. Box 8273
Cranston, RI 02920

**Certification**

I, the undersigned hereby, certify, that I, caused an original copy of the within motion to enlarge time to be mailed, interdepartmental mail, this 21 day of April 2005, to: Mr. Michael B. Grant, Deputy Chief Legal Counsel, R.I. Department of Corrections 40 Howard Avenue, Cranston, RI 02920.