UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ROBERTO PIZZARO

Vs.

a.t. wall, et. al. Ca. No. 05-113T

## PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OBJECTION AND REBUTTAL TO DEFENDANTS' MOTION TO DISMISS

Now comes the plaintiff, Robert Pizzaro, in the above entitled matter and hereby moves this Honorable court to enlarge the time pursuant to Rule 6(b) of the Federal Court Rules of Proceedure. The Plaintiff requests this time due to the need to further research the matter before this Court.

The Plaintiff respectfully requests that this honorable court grant this request for needed time of twenty (20) days.

Respectfully Submitted

Roberto L Pizzaro

Roberto Pizzaro

P.O. Box 8273

Creanston, R.I. 02920

11

Respectfully Submitted

Roberto L Pizzaro

Roberto pizzaro (pro se)
P.O.BOX,8273
Cranston, R.I.02920

CERTIFICATION

I, the undersigned hereby, Certify, that I, caused an original copy of the Within motion to enlarge time to be mailed, inter-departmental mail, this 26 day of April 2005, to Mr. Michael B. Grant, Deputy Chief Counsel,R.I. Department of Corrections 40 Howard Avenue,Cranston,R.I.02920

Roberto L Pizzaro