UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERTO PIZZARO

V. C.A.NO.05-113T

A.T.WALL, ET AL.

## PLAINTIFF"S MOTION TO ENLARGE TIME TO FILE OBJECTION AND REBUTTAL TO DEFENDANTS MOTION TO DISMISS

Now comes Plaintiff,Roberto pizzaro,in the above entitled matter and hereby,moves this Honorable United states Federal District Court for an "Enlargement of time,"pursuart to the Federal Court Rules of Civil procedure, Rule 6 (b).Plaintiff Position, is that due to the R.I.Department of Corrections Maximum Security Facility"s copy machine breakdown,he needs additional time to respond to Defendants,"motion to Dismiss" his Complaint, Plaintiff respectfully requests a thirty (30) Day enlargement of time, from the initial deadline date to respond.

Wherefore, Plaintiff respectfully requests that the instant motion be granted.

ORDER
Granted
Jacob Hagopian
U.S. Magistrate Judge
2 May 05

FILED
APR 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☒ for determination

Ernest C. Torres, Chief Judge
Date: 4/29/05

12

**Respectfully submitted**

Roberto L Pizzaro

CERTIFICATION

I,the undersigned hereby,certify, that I, caused an original copy of the Within motiom to enlarge time to be mailed, inter-departmental mail, this 21 day of April 2005, to Mr. Michael B.Grant,Deputy Chief Counsel,R.I.Department of Corrections 40 Howard Avenue, Cranston,R.I.02920