UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERTO PIZZARO

Vs. C.A.NO.05-113T

A.T. WALL, ET AL.

**PLAINTIFF"S MOTION TO ENLARGE TIME TO FILE OBJECTION AND REBUTTAL TO DEFENDANTS" MOTION TO DISMISS**

Now comes the Plaintiff, Roberto Pizzaro, in the above entitled matter and hereby moves this **honorable Court** to enlarge the time Pursuant to **Rule 6 (b)** of the Federal Court Rules of Civil proceedure. The Plaintiff,requests this time due to need to further research The matter bofore this **Court.**

The Plaintiff respectfully requests that this **honorable Court** **grant this requests for needed time of twenty (20) days.**

Respectfully Submitted

Roberto L Pizzaro

Roberto pizzaro
P.O.BOX,8273
Cransnton,R.I.20920

13

**CERTIFICATION**

I,Roberto pizzaro, hereby Certifies that on this, the 26 of April,2005,I mailed a true Copy of the Within Motion To Enlarge time by inter-departmental mail to,
Mr,Michael B.Grant,Deputy Chief Counsel,R.I.Department of Corrections
40 Howard Avenue, Cranston,R.I.02920

Respectfully Submitted

Roberto L Pizzaro

Roberto pizzaro
P.O.BOX,8273
Cranston, R.I.02920