UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERTO PIZZARO

V. C.A. NO. 05-113T

A.T. WALL, ET AL

**ORDER**

Upon consideration of Plaintiff's Motion to Enlarge Time to File Objection and Rebuttal to Defendants' Motion to Dismiss filed on May 2, 2005 and Plaintiff's Motion to Enlarge Time to File Objection and Rebuttal to Defendants' Motion to Dismiss filed on May 4, 2005, both motions are DENIED.

Plaintiff's Motion to Enlarge Time to File Objection and Rebuttal to Defendants' Motion to dismiss filed on April 26, 2005 was granted by the Court on May 2, 2005. The plaintiff has up to and including June 3, 2005 to file an objection.

ENTER:

PER ORDER:

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: May 17, 2005

15