UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND


ROBERTO PIZZARO


                    v.                          CA No. 05-113-T

A.T. WALL, Director, Rhode Island
Department of Corrections, WALTER
WHITMAN, Warden, Maximum Security,
JAMES VIERRA, Deputy Warden, JAKE
GADSEN, ROBERT CATLOW, OFFICER ODEN,
LINDA ROSE, VICKI GILLERIN, and
OFFICER ANDREWS, et al.


## ORDER GRANTING MOTION TO DISMISS

     Defendants A.T. Wall, Walter Whitman, James Vierra, Jake
Gadsen, Robert Catlow, Officer Oden, Linda Rose, Vicki Gillerin,
and Officer Andrews have moved to dismiss this action pursuant to
Fed. R. Civ. P. 12(b)(6).  Defendants' motion is hereby GRANTED.



                              By Order


                              _____
                              Deputy Clerk


ENTER:


_____
Ernest C. Torres
Chief Judge

Date: Nov. 30 , 2005