UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ROBERTO PIZZARO

v. CA No. 05-113-T

A.T. WALL, Director, Rhode Island Department of Corrections, WALTER WHITMAN, Warden, Maximum Security, JAMES VIERRA, Deputy Warden, JAKE GADSEN, ROBERT CATLOW, OFFICER ODEN, LINDA ROSE, VICKI GILLERIN, and OFFICER ANDREWS, et al.

**ORDER GRANTING MOTION TO DISMISS**

Defendants A.T. Wall, Walter Whitman, James Vierra, Jake Gadsen, Robert Catlow, Officer Oden, Linda Rose, Vicki Gillerin, and Officer Andrews have moved to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6). Defendants' motion is hereby GRANTED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Nov. 30, 2005