# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBERTO PIZZARO,
plaintiff

vs. C.A. No. 05-113T

A.T. WALL, Director, Rhode Island Department of Corrections, WALTER WHITMAN, Warden, Maximum Security, JAMES VIERRA, Deputy Warden, JAKE GADSEN, ROBERT CATLOW, OFFICER ODEN, LINDA ROSE, VICKI GILERIN, and OFFICER ANDREWS, ET AL.,
defendants

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment is entered for Defendants A.T. Wall, et al. in accordance with the Order entered on November 30th, 2005 GRANTING Defendant's Motion to Dismiss.

Enter:

Deputy Clerk

Dated: December 1, 2005