**Federal District Court for the State of Rhode Island**

| | | |
|---|---|---|
| **Roberto Pizzaro, Pro-se** | § | |
| | § | |
| **V.** | § | **Ca. No. #05-113-T** |
| | § | |

**A.T. Wall II, Director of Corrections**
**Jake Gadsen, Assistant Director**
**Walter Whitman, Warden, Maximum Security**
**James Vierra, Deputy Warden,**
**Robert Catlow, Officer Oden, Linda Rose,**
**Vicki Guillerin, Officer Andrews, Et al.**

**NOTICE OF APPEAL**

**NOW COMES THE PALINTIFF, Roberto Pizzaro, Pro-se,** and he submits his Notice of Appeal to this court in the above named case. He avers that all the statements contained therein are true and to the best of his recollection.

That on the 30 day of November 2005, the Honorable Justice Hagopian, under Federal Rule #12,(b)(6), and referred to him pursuant to 28 U.S.C. §636(b)(1)(B), granted the Defendant's Motion to Dismiss this instant case for reasons put forth in the Magistrates Order Granting Motion to Dismiss, dated 30 November 2005.

The Plaintiff hereby posts his objection to the Order Granted by Magistrate Hagopian, and cites further the necessity of a full and impartial hearing on this matter, with regards to civil rights violations by the Defendants.

The Plaintiff, in accordance with Federal Rule 72(b), the Plaintiff requests copies of the Transcription of the Hearing by magistrate Hagopian, dated 1 December 2005. The plaintiff, in accordance with this Rule, will submit his Objection to this Order, upon receipt of the requested transcript.

**WHEREFORE THE Plaintiff, Roberto Pizzaro, Pro-se,** prays that the Magistrate presiding will, in the interest of Justice, grant his Motion for Transcription, and raise for the record, his Objection to this Order to Dismiss.

Respectfully Submitted,

Roberto L Pizzaro

Roberto Pizzaro, Pro-se

Med Sec I AL20B
P.O. Box 8274
Cranston, Rhode Island 02920

I hereby certify that on the 8 day of December, 2005, a true copy of this document was forwarded to the Legal Office for the Rhode Island Department of Corrections, Admin "A" Building, 40 Howard Avenue, Cranston, Rhode Island 02920.

12/8/05

Date

Roberto S Pizzaro

Roberto Pizzaro, Pro-se